**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MIRIAM SANTOS SUAREZ,

    Plaintiff(s),

v.                                    Case No:  8:12-CV-2401-T-30MAP

JEROME RYANS, etc., et al.,

    Defendant(s).

_____/

## ORDER

**THIS CAUSE** comes before the Court upon consideration of the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. 28). The Court notes that the motion at issue is now moot and therefore it is not necessary to wait fourteen (14) days for any objections to be filed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 28) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Preliminary Injunction (Dkt. 4) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on January 16, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2012\12-cv-2401.adopt 28.wpd